RECEIPT # _____
AMOUNT $ 150 _____
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 10-19-14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 19 P 3:49

CIVIL ACTION NUMBER:

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS WEEKS,
  Plaintiff
v.
COVENANT TRANSPORT, INC.
and
MAXNER JEAN BAPTISTE,
  Defendants

# 04 12191 NG

## NOTICE OF REMOVAL

MAGISTRATE JUDGE Cohen

Defendant Covenant Transport, Inc. and Defendant Maxner Jean Baptiste, by their undersigned counsel, file this Notice of Removal and state the following facts:

1. The Plaintiff sued Covenant Transport, Inc. and Maxner Jean Baptiste as defendants in a suit filed on or about October 1, 2004, in the Superior Court of Worcester County, Massachusetts.

2. The Complaint was docketed in that court as case number WOCV2004-01912.

3. A summons and a copy of the complaint was served by certified mail upon Defendant Covenant Transport, Inc. on or about October 1, 2004, which was received by Covenant Transport, Inc. on or about October 6, 2004. On

information and belief, a summons and a copy of the Complaint were served on the Defendant Maxner Jean Baptiste by certified mail on or about October 1, 2004, and the undersigned counsel is in the process of determining its date of receipt by Defendant Maxner Jean Baptiste, which is believed to be on or about October 6, 2004.

4. The action is removable under 28 U.S.C. §1441. The suit is of a civil nature and the nature and extent of the damages alleged therein demonstrate that the amount in controversy between the plaintiff and the defendants exceeds the sum of $75,000.00, exclusive of interest and costs. This action is one over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. §1332.

5. At the time of the commencement of this action, and at all times since, Covenant Transport, Inc. was, and is now, a corporation organized under the laws of the State of Tennessee with its principal place of business in Chattanooga, Tennessee.

6. At the time of the commencement of this action, and at all times since, the Defendant Maxner Jean Baptiste was a citizen of the nation of Haiti with a place of residence in Orlando, Florida.

-3-

7. At the commencement of this suit, and at all relevant times since, the Plaintiff is alleged to be a Massachusetts citizen, residing at 3 Lindy Street, Milbury, Massachusetts.

8. As the Plaintiff is a Massachusetts citizen and the named Defendants are a foreign corporation and a foreign national, complete diversity of citizenship exists.

9. The Defendants incorporate herein the documents annexed as Exhibit A, and state that said Exhibits constitutes copies of all process, pleadings, papers and/or orders served upon Covenant Transport, Inc. in the suit pending in the Superior Court of Worcester County, Massachusetts, at the time this Notice of Removal was filed. Defendant states that no further process, pleadings, papers and/or orders have been served upon Covenant Transport, Inc. in the suit pending in the Superior Court of Worcester County, Massachusetts.

10. Contemporaneously with the filing of the Notice of Removal, Defendant will provide written notice of the filing of this Notice of Removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Worcester County.

11. Defendants therefore pray that this action be removed to the United States District

Court for the District of Massachusetts, and that no further proceedings be had in the Superior Court of Worcester County, Massachusetts.

> Respectfully submitted,
>
> COVENANT TRANSPORT, INC. and
> MAXNER JEAN BAPTISTE,
> By their Attorneys,
>
> CURLEY & CURLEY P.C.
>
> _____
> Robert A. Curley, Jr., Esq.
> 27 School Street
> Boston   MA   02108
> (617) 523-2990
> BBO # 109180

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

> Richard J. Rafferty, Esq.
> Eden & Rafferty, P.C.
> 19 Norwich Street, 5th fl
> Worcester   MA   01608-2416

and also upon the:

                Clerk for Civil Business
               Worcester Superior Court
                   Two Main Street
                  Worcester MA 01608

Dated: 10/19/04

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO # 109180