UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:

THOMAS WEEKS,
    Plaintiff
v.
COVENANT TRANSPORT, INC.
and
MAXNER JEAN BAPTISTE,
    Defendants

04 12191 NG

## ANSWER AND JURY CLAIM
## OF DEFENDANT COVENANT TRANSPORT, INC.

1. Defendant Covenant Transport, Inc. lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2 on information and belief.

3. Defendant admits the allegations of Paragraph 3.

As to Count I:

4. In response to Paragraph 1 of Count I, Defendant incorporates by reference its responses to Paragraphs 1 through 3.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2.

6. Defendant denies the allegations of Paragraph 3.

-2-

7. Defendant denies the allegations of Paragraph 4.

As to Count II:

8. In response to Paragraph 5, Defendant incorporates by reference its responses to the preceding allegations of the Complaint.

9. Defendant denies the allegations of Paragraph 6.

10. Defendant denies the allegations of Paragraph 7.

First Defense:

11. The injury and damage complained of by the Plaintiff were caused in whole or in part by the negligence of the Plaintiff, which exceeded any negligence, if any, of the Defendants.

Second Defense:

12. The injury and damage complained of by the Plaintiff were caused in whole or in part by the conduct of a person or entity for which the Defendant is not legally responsible.

Third Defense:

13. The Defendants are exempt from liability to the Plaintiff to the extent provided by the Massachusetts No Fault statutes, Mass. G. L. c. 90 §§34A *et seq* and Mass. G. L. c. 231 §6D.

-3-

Fourth Defense:

14. The Plaintiff's claims are barred to the extent that the Plaintiff has unreasonably failed to mitigate his damages.

Fifth Defense:

15. The Plaintiff has failed to make any good and sufficient service of process on the Defendant.

Sixth Defense:

16. The Plaintiff has waived and/or is estopped from asserting the claims set forth in the Complaint.

DEFENDANT COVENANT TRANSPORTATION, INC. CLAIMS A TRIAL BY JURY.

COVENANT TRANSPORT, INC.
By its Attorneys,

CURLEY & CURLEY P.C.

Robert A. Curley, Jr., Esq.
27 School Street
Boston  MA  02108
(617) 523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

-4-

Richard J. Rafferty, Esq.<br>
Eden & Rafferty, P.C.<br>
19 Norwich Street, 5th fl<br>
Worcester    MA    01608-2416

Dated: 10/19/04

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO # 109180