# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET#: WOCV2004-01912-C

RE:   Weeks v Baptiste et al

TO:   Robert A Curley Jr, Esquire
      Curley & Curley
      27 School Street
      6th floor
      Boston, MA 02108

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **10/25/2004** the following entry was made on the above referenced docket:

**Case REMOVED this date to US District Court of Massachusetts**

Dated at Worcester, Massachusetts this 26th day of October, 2004.

Francis A. Ford,
Clerk of the Courts

BY: Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 126 or Ext. 105 (Session Clerk)

cvdgeneric_2.wpd 1056536 removus mony

MAS-20040909     Case 1:04-cv-12191-NG    Document 3    Filed 11/08/2004    Page 2 of 10     10/26/2004
mony                                                                 Commonwealth of Massachusetts                                    02:43 PM
                                                                                WORCESTER SUPERIOR COURT
                                                                                           Case Summary
                                                                                             Civil Docket

# WOCV2004-01912
## Weeks v Baptiste et al

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 10/01/2004 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 10/25/2004 | **Session** | C - Civil C (16 Worcester) | | | |
| **Origin** | 1 | **Case Type** | B03 - MV negligence/pers injury/prop dmg | | | |
| **Lead Case** | | **Track** | F | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 12/30/2004 | **Answer** | 02/28/2005 | **Rule12/19/20** | 02/28/2005 | |
| **Rule 15** | 02/28/2005 | **Discovery** | 07/28/2005 | **Rule 56** | 08/27/2005 | |
| **Final PTC** | 09/26/2005 | **Disposition** | 11/25/2005 | **Jury Trial** | No | |

### PARTIES

**Plaintiff**
Thomas Weeks
3 Lindy Street
Millbury, MA 01527
Active 10/01/2004

**Private Counsel 551944**
Richard J Rafferty Jr
Eden Tolins & Rafferty
19 Norwich Street
Worcester, MA 01608
Phone: 508-795-1601
Fax: 508-795-1811
Active 10/01/2004 Notify

**Defendant**
Maxner Jean Baptiste
1030 Clovercrest Road
Orlando, FL 32801
Service pending 10/01/2004

**Private Counsel 109180**
Robert A Curley Jr
Curley & Curley
27 School Street
6th floor
Boston, MA 02108
Phone: 617-523-2990
Fax: 617-523-7602
Active 10/25/2004 Notify

**Defendant**
Covenant Transport Inc
1320 E 23rd Street
Chattanooga, TN 37422
Service pending 10/01/2004

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/01/2004 | 1.0 | Complaint & civil action cover sheet filed and rule 29 statement |
| 10/01/2004 | | Origin 1, Type B03, Track F. |
| 10/01/2004 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge and $20.00 security fee.($275.00) |
| 10/25/2004 | 2.0 | Notice for Removal to the United States District Court filed by Maxner Jean Baptiste and Covenant Transport Inc |
| 10/25/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

# WOCV2004-01912
## Weeks v Baptiste et al

A true copy by photostatic process
Attest:
Asst. Clerk

| CIVIL ACTION COVER SHEET | 04-1912C | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) THOMAS WEEKS | DEFENDANT(S) COVENANT TRANSPORT INC. & MAXNER JEAN BAPTISTE |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Richard Rafferty<br>Eden & Rafferty, P.C., 19 Norwich St., 5th Flr<br>Worcester, MA 01608<br>Board of Bar Overseers number: 551944 | ATTORNEY (If known) |

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor vehicle Negligence | (F) | (X) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $ 800,000.00
2. Total Doctor expenses .............................................. $
3. Total chiropractic expenses ........................................ $
4. Total physical therapy expenses .................................... $
5. Total other expenses (describe) .................................... $
   Subtotal $ 800,000.00

B. Documented lost wages and compensation to date ....................... $
C. Documented property damages to date .................................. $
D. Reasonably anticipated future medical and hospital expenses .......... $
E. Reasonably anticipated lost wages ................................... $
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Plaintiff was involved in a tractor trailor accident and was transported via helicopter to the Emergency Room.
   $
   TOTAL $ 800,000.00+

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 10-1-04

A true copy by photostatic process
Attest _____
Asst. Clerk

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                          SUPERIOR COURT DEPARTMENT
                                                        CIVIL ACTION NO.:
                                                            04-1912 C
THOMAS WEEKS                          )
              Plaintiff               )
                                      )
v.                                    )                 COMPLAINT
                                      )
COVENANT TRANSPORT, INC.              )                 FILED
and MAXNER JEAN BAPTISTE              )
              Defendants              )                 OCT 0 7 2004
                                      )                 ATTEST:
                                                                    CLERK

1.  The plaintiff, Thomas Weeks, is an individual residing at 3 Lindy Street, Milbury, Massachusetts.

2.  The defendant, Maxner Jean Baptiste, upon information and belief, is an individual, residing at 1030 Clovercrest Road, in Orlando Florida.

3.  The defendant, Covenant Transport Inc., is a foreign corporation authorized to conduct business in Massachusetts and has a principal place of business 1320 E. 23rd Street, Chattanooga, TN 37422.

## COUNT I - Negligence
## Thomas Weeks v. Maxner Jean Baptiste

1.  The plaintiff hereby incorporates paragraphs one (1) through three (3) of above as if set fully herein.

2.  The plaintiff, Thomas Weeks, on or about May 10, 2004 was operating his tractor trailer eastbound on Interstate 90, a public way in Sturbridge, Massachusetts.

3.  The defendant, Maxner Jean Baptiste, did so carelessly and negligently operate a tractor trailer so as to cause it stall and become dead in the main travel lane to collide with the plaintiff's tractor trailer.

4.  As a direct and proximate result of the negligence of the defendant, Maxner Jean Baptiste, plaintiff Thomas Weeks, suffered serious injuries requiring medical attention, great pain of the body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against defendant, Maxner Jean Baptiste in an amount to fairly compensate him for his damages, together with interest, attorney's fees and costs of suit.

## COUNT I I - Negligent Entrustment
### Thomas Weeks v. Covenant Transport Inc.

5. The plaintiff hereby incorporates paragraphs one (1) through seven (7) of above as if set fully herein.

6. Is a registered owner of the subject vehicle, the defendant Covenant Transport Inc., is liable under M.G.L. c. 231, s 85A for the negligent actions of the operator of the vehicle.

7. As a direct and proximate result of the negligence of the defendant, Covenant Transport Inc., as committed through its own negligence and the negligent acts of its agent and employee, and including its negligent entrustment of its vehicle to defendant Thomas Weeks, the plaintiff suffered serious injuries requiring medical attention, great pain of the body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against Defendant, Covenant Transport Inc., in an amount to fairly compensate him for his damages, together with interest, attorney's fees and costs of suit.

The Plaintiff,
By his attorney,

Richard J. Rafferty, Esq.
BBO# 551944
EDEN & RAFFERTY
19 Norwich St.
Worcester, MA 01608
(508) 795-1601

DATED: 10-1-04

A true copy by photostatic process
Attest:
Asst. Clerk



FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2004 OCT 19 P 3:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NUMBER:

04-1912-C

THOMAS WEEKS,
    Plaintiff
v.
COVENANT TRANSPORT, INC.
and
MAXNER JEAN BAPTISTE,
    Defendants

**04 12191 NG**

## NOTICE OF REMOVAL

Defendant Covenant Transport, Inc. and Defendant Maxner Jean Baptiste, by their undersigned counsel, file this Notice of Removal and state the following facts:

1. The Plaintiff sued Covenant Transport, Inc. and Maxner Jean Baptiste as defendants in a suit filed on or about October 1, 2004, in the Superior Court of Worcester County, Massachusetts.

2. The Complaint was docketed in that court as case number WOCV2004-01912.

3. A summons and a copy of the complaint was served by certified mail upon Defendant Covenant Transport, Inc. on or about October 1, 2004, which was received by Covenant Transport, Inc. on or about October 6, 2004. On

-3-

7. At the commencement of this suit, and at all relevant times since, the Plaintiff is alleged to be a Massachusetts citizen, residing at 3 Lindy Street, Milbury, Massachusetts.

8. As the Plaintiff is a Massachusetts citizen and the named Defendants are a foreign corporation and a foreign national, complete diversity of citizenship exists.

9. The Defendants incorporate herein the documents annexed as Exhibit A, and state that said Exhibits constitutes copies of all process, pleadings, papers and/or orders served upon Covenant Transport, Inc. in the suit pending in the Superior Court of Worcester County, Massachusetts, at the time this Notice of Removal was filed. Defendant states that no further process, pleadings, papers and/or orders have been served upon Covenant Transport, Inc. in the suit pending in the Superior Court of Worcester County, Massachusetts.

10. Contemporaneously with the filing of the Notice of Removal, Defendant will provide written notice of the filing of this Notice of Removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Worcester County.

11. Defendants therefore pray that this action be removed to the United States District

-4-

Court for the District of Massachusetts, and that no further proceedings be had in the Superior Court of Worcester County, Massachusetts.

Respectfully submitted,

COVENANT TRANSPORT, INC. and
MAXNER JEAN BAPTISTE,
By their Attorneys,

CURLEY & CURLEY P.C.

_____
Robert A. Curley, Jr., Esq.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Richard J. Rafferty, Esq.
Eden & Rafferty, P.C.
19 Norwich Street, 5th fl
Worcester   MA   01608-2416

A true copy by photostatic process
Attest: _____
Asst. Clerk

-5-

and also upon the:

        Clerk for Civil Business
        Worcester Superior Court
        Two Main Street
        Worcester MA 01608

Dated: 10/19/04

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston MA 02108
(617) 523-2990
BBO # 109180