UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04-CV-12191- *NG*

| | |
|---|---|
| THOMAS WEEKS ) | |
| Plaintiff ) | |
| ) | |
| v. ) | AFFIDAVIT OF SERVICE |
| ) | |
| COVENANT TRANSPORT, INC. ) | |
| and MAXNER JEAN BAPTISTE ) | |
| Defendants ) | |
| ————————————————————) | |

I Richard Raferty, under oath do hereby depose and state:

1.   I am a member in good standing of the Bar of the Commonwealth of
     Massachusetts.

2.   I represent the Plaintiff, Thomas Weeks.

3.   I served a complaint and summons to each of the above mentioned
     defendants on Ocotober 1, 2004 via certified mail, pursuant to the
     provisions of Massachusetts General Laws 233:1, et seq.
     (Attached as Addendum One is a copy of Summons and Complaint)

4.   On October 7, 2004 and October 13, 2004 my office received all certified
     mail receipts signed by the appropriate defendant and or agents.
     (Attached as Addendum Two)

5.   Therefore my service was proper under the provisions of Massachusetts
     General Laws 233A:1.

Signed under the pains and penalties of perjury this _____ day of November 2004..

Richard J. Rafferty, Esq.
BBO# 551944
EDEN & RAFFERTY
19 Norwich St.
Worcester, MA  01608
(508) 795-1601

DATED: _11-16-04_

# Addendum 1

# Addendum 2

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.:

THOMAS WEEKS
          Plaintiff     )

v.

COVENANT TRANSPORT, INC.
and MAXNER JEAN BAPTISTE
          Defendants

04-1912 C

COMPLAINT

# RECEIVED

OCT 0 1 2004

CLERK OF COURTS
WORCESTER COUNTY

1.      The plaintiff, Thomas Weeks, is an individual residing at 3 Lindy Street, Milbury, Massachusetts.

2.      The defendant, Maxner Jean Baptiste, upon information and belief, is an individual, residing at 1030 Clovercrest Road, in Orlando Florida.

3.      The defendant, Covenant Transport Inc., is a foreign corporation authorized to conduct business in Massachusetts and has a principal place of business 1320 E. 23rd Street, Chattanooga, TN 37422.

## COUNT I - Negligence

## Thomas Weeks v. Maxner Jean Baptiste

1.      The plaintiff hereby incorporates paragraphs one (1) through three (3) of above as if set fully herein.

2.      The plaintiff, Thomas Weeks, on or about May 10, 2004 was operating his tractor trailer eastbound on Interstate 90, a public way in Sturbridge, Massachusetts.

3.      The defendant, Maxner Jean Baptiste, did so carelessly and negligently operate a tractor trailer so as to cause it stall and become dead in the main travel lane to collide with the plaintiff's tractor trailer.

4.      As a direct and proximate result of the negligence of the defendant, Maxner Jean Baptiste, plaintiff Thomas Weeks, suffered serious injuries requiring medical attention, great pain of the body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against defendant, Maxner Jean Baptiste in an amount to fairly compensate him for his damages, together with interest, attorney's fees and costs of suit.

## COUNT I I - Negligent Entrustment
## Thomas Weeks v. Covenant Transport Inc.

5.    The plaintiff hereby incorporates paragraphs one (1) through seven (7) of above as if set fully herein.

6.    Is a registered owner of the subject vehicle, the defendant Covenant Transport Inc., is liable under M.G.L. c. 231, s 85A for the negligent actions of the operator of the vehicle.

7.    As a direct and proximate result of the negligence of the defendant, Covenant Transport Inc., as committed through its own negligence and the negligent acts of its agent and employee, and including its negligent entrustment of its vehicle to defendant Thomas Weeks, the plaintiff suffered serious injuries requiring medical attention, great pain of the body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against Defendant, Covenant Transport Inc., in an amount to fairly compensate him for his damages, together with interest, attorney's fees and costs of suit.

The Plaintiff,
By his attorney,

Richard \. Rafferty, Esq.
BBO# 551944
EDEN & RAFFERTY
19 Norwich St.
Worcester, MA  01608
(508) 795-1601

DATED: _10 - 1 - 04_

# EDEN & RAFFERTY

## ATTORNEYS AT LAW
### AN ASSOCIATION OF PROFESSIONAL CORPORATIONS

JANE EDEN, P.C.
RICHARD J. RAFFERTY, P.C.
BRENDA L. SANABRIA
BONITA R. PORTER
ROXANN C. TETREAU*
MARIA D. RIVERA-SCOZZAFAVA**
* Also admitted in CT
** Of Counsel

19 NORWICH STREET 5TH FLOOR
WORCESTER, MA 01608-2416
(508)795-1601
1-800-444-5152
FAX (508)795-1811

jeden@edenrafferty.com
rrafferty@edenrafferty.com

October 1, 2004

CERTIFIED MAIL

Covenant Transport Inc.
1320 E. 23rd Street
Chattanooga, TN 37422

Re:     Thomas Weeks v. Covenant Transport Inc. and Maxner Jean Baptiste
        Worcester Superior Court
        Civil Action Number: 04-1912 C

Dear Sir/Madam:

Enclosed please find a Summons and Complaint in the above lawsuit which is hereby served upon you pursuant to the provisions of Massachusetts General Laws 223A:1, et. seq. An answer to the Complaint must be filed with the Clerk of Court - Civil, Worcester Superior Court, 2 Main Street, Worcester, MA 01608, within twenty (20) days after service of this summons upon you.

Kindly refer this matter to your liability insurance carrier.

Thank you for your time and attention to this matter.

Very truly yours,

Richard J. Rafferty, Esq.

Enclosure

CERTIFIED MAIL #7003 2260 0005 4982 7892
RETURN RECEIPT REQUESTED

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**No.**   04-1912 C

|  |  |
|---|---|
| THOMAS WEEKS | ) |
| Plaintiff (s) | ) |
| v. | ) |
| COVENANT TRANSPORT INC. | ) |
| and MAXNER JEAN BAPTISTE | ) |
| Defendant (s) | ) |

**SUMMONS**

✳   To the above-named Defendant:

You are hereby summoned and required to serve upon...Richard..J...Rafferty...at..Edne..&..Rafferty.,..P.C................................................., plaintiff's **attorney,** whose address is .19..Norwich..St..,..5th..Flr...Worcester,..MA..01608........................ an answer to the complaint which is herewith served upon you, within 20 **days after** service of this summons upon you, exclusive of the day of service.  If you fail **to do so,** judgement by default will be taken against you for the relief demanded in the **complaint.** You are also required to file your answer to the complaint in the SUPERIOR **COURT** Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state **as a counter-**claim any claim which you may have against the plaintiff which arises **out of the** transaction of occurrence that is the subject matter of the plaintiff's claim **or you will** thereafter be barred from making such claim in any other action.

Witness. SUZANNE V. DEL VECCHIO. Esquire, at Worcester, the......first........... day of .....................October......... ..............in the year of our Lord two thousand  and ........four.........  .

_Franci q.Vork_

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

✳      NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

# EDEN & RAFFERTY

## ATTORNEYS AT LAW
### AN ASSOCIATION OF PROFESSIONAL CORPORATIONS

JANE EDEN, P.C.
RICHARD J. RAFFERTY, P.C.
BRENDA L. SANABRIA
BONITA R. PORTER
ROXANN C. TETREAU*
MARIA D. RIVERA-SCOZZAFAVA**
* Also admitted in CT
** Of Counsel

19 NORWICH STREET 5TH FLOOR
WORCESTER, MA 01608-2416
(508)795-1601
1-800-444-5152
FAX (508)795-1811

jeden@edenrafferty.com
rrafferty@edenrafferty.com

October 1, 2004

CERTIFIED MAIL

Maxner Jean Baptiste
1030 Clover Crest Road
Orlando, FL 32811

Re:   Thomas Weeks v. Covenant Transport Inc. and Maxner Jean Baptiste
      Worcester Superior Court
      Civil Action Number: 04-1912 C

Dear Mr. Baptiste:

Enclosed please find a Summons and Complaint in the above lawsuit which is hereby served upon you pursuant to the provisions of Massachusetts General Laws 223A:1, et. seq. An answer to the Complaint must be filed with the Clerk of Court - Civil, Worcester Superior Court, 2 Main Street, Worcester, MA 01608, within twenty (20) days after service of this summons upon you.

Kindly refer this matter to your liability insurance carrier.

Thank you for your time and attention to this matter.

Very truly yours,

Richard J. Rafferty, Esq.

Enclosure

CERTIFIED MAIL #7003 2260 0005 4982 7915
RETURN RECEIPT REQUESTED

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 04-1912 C

THOMAS WEEKS

Plaintiff (s)

v.

COVENANT TRANSPORT INC.
and MAXNER JEAN BAPTISTE

Defendant (s)

)
)
)
)
)
)
)
)
)

**SUMMONS**

\*    To the above-named Defendant:

You are hereby summoned and required to serve upon ..Richard J. Rafferty.. ...at..Eden..&..Rafferty,..P.C............................................................... plaintiff's **attorney,** whose address is 19..Norwich.St.,.5th.Flr..Worcester,.MA.01608.............................. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail **to do so,** judgement by default will be taken against you for the relief demanded in the **complaint.** You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO. Esquire, at Worcester, the.....first............ day of ................................ ..October............in the year of our Lord two thousand  and ...four............  .



**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

# EDEN & RAFFERTY
## ATTORNEYS AT LAW
### AN ASSOCIATION OF PROFESSIONAL CORPORATIONS

JANE EDEN, P.C.
RICHARD J. RAFFERTY, P.C.
BRENDA L. SANABRIA
BONITA R. PORTER
ROXANN C. TETREAU*
MARIA D. RIVERA-SCOZZAFAVA**
* Also admitted in CT
** Of Counsel

19 NORWICH STREET 5TH FLOOR
WORCESTER, MA 01608-2416
(508)795-1601
1-800-444-5152
FAX (508)795-1811

jeden@edenrafferty.com
rrafferty@edenrafferty.com

October 1, 2004

CERTIFIED MAIL

Covenant Transport Inc.
4701 S. Rockwell Street
Oklahoma City, OK 73179

Re:    Thomas Weeks v. Covenant Transport Inc. and Maxner Jean Baptiste
       Worcester Superior Court
       Civil Action Number: 04-1912 C

Dear Sir/Madam:

Enclosed please find a Summons and Complaint in the above lawsuit which is hereby served upon you pursuant to the provisions of Massachusetts General Laws 223A:1, et. seq. An answer to the Complaint must be filed with the Clerk of Court - Civil, Worcester Superior Court, 2 Main Street, Worcester, MA 01608, within twenty (20) days after service of this summons upon you.

Kindly refer this matter to your automobile liability insurance carrier.

Thank you for your time and attention to this matter.

Very truly yours,

Richard J. Rafferty, Esq.

Enclosure

CERTIFIED MAIL #7003 2260 0005 4982 7908
RETURN RECEIPT REQUESTED

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**No.** 04-1912 C

|  |  |
|---|---|
| THOMAS WEEKS | ) |
| | ) |
| **Plaintiff (s)** | ) |
| | ) |
| **v.** | ) **SUMMONS** |
| | ) |
| | ) |
| COVENANT TRANSPORT INC   **Defendant (s)** | ) |
| and MAXNER JEAN BAPTISTE | ) |

＊ To the above-named Defendant:

You are hereby summoned and required to serve upon..Richard..J...Rafferty.. ..at..Eden..&..Rafferty.,..P..C........................................................, plaintiff's **attorney,** whose address is ..19..Norwich..St.,..5th..Flr.,..Worcester,..MA..01608..................... an answer to the complaint which is herewith served upon you, within **20 days after** service of this summons upon you, exclusive of the day of service. If you fail **to do so,** judgement by default will be taken against you for the relief demanded in the **complaint.** You are also required to file your answer to the complaint in the SUPERIOR **COURT** Department of the Trial Court at WORCESTER either before service upon **plaintiff's** attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out **of the** transaction of occurrence that is the subject matter of the plaintiff's claim or you **will** thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO. Esquire, at Worcester, the...first.............. day of ....October..........................................in the year of our Lord two thousand  and ......four.......... .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

＊     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.