UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THOMAS WEEKS,

Plaintiff

vs.

COVENANT TRANSPORT, INC. AND
MAXNER JEAN BAPTISTE,

Defendants

No. 04CV-12191-NG

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for the plaintiff, Thomas Weeks, in the above-entitled case.

Respectfully submitted,

SUGARMAN AND SUGARMAN, P.C.
Attorneys for the Plaintiff,

Neil Sugarman-BBO#484840

Jodi M. Petrucelli-BBO#561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated:  January 26, 2005

IMAN 158367v1