UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THOMAS WEEKS,

           Plaintiff

vs.

COVENANT TRANSPORT, INC. AND
MAXNER JEAN BAPTISTE,

           Defendants

No. 04CV-12191-NG

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter our appearance as attorneys for the plaintiff, Thomas Weeks, in the above-entitled case.

                              Respectfully submitted,

                              SUGARMAN AND SUGARMAN, P.C.
                              Attorneys for the Plaintiff,

                              Neil Sugarman-BBO#484340

                              Jodi M. Petrucelli-BBO#561911
                              One Beacon Street
                              Boston, MA 02108
                              (617) 542-1000

Dated: January 26, 2005

IMAN 158367v1