UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-12191 NG

THOMAS WEEKS,
    Plaintiff
v.
COVENANT TRANSPORT, INC.
and
MAXNER JEAN BAPTISTE,
    Defendants

## ANSWER, COUNTERCLAIM, AND JURY CLAIM OF DEFENDANT MAXNER JEAN BAPTISTE

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

AS TO COUNT I:

4. In response to Paragraph 1, Defendant incorporates by reference his responses to Paragraphs 1 through 3.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2.

-2-

6. Defendant denies the allegations of Paragraph 3.

7. Defendant denies the allegations of Paragraph 4.

AS TO COUNT II:

8. In response to Paragraph 5, Defendant incorporates by reference his responses to Paragraphs 1 through 7.

9. Defendant denies the allegations of Paragraph 6.

10. Defendant denies the allegations of Paragraph 7.

First Defense:

11. The injury and damage complained of by the Plaintiff were caused in whole or in part by the negligence of the Plaintiff, which exceeded any negligence, if any, of the Defendants.

Second Defense:

12. The injury and damage complained of by the Plaintiff were caused in whole or in part by the conduct of a person or entity for which the Defendant is not legally responsible.

-3-

Third Defense:

13. The Defendants are exempt from liability to the Plaintiff to the extent provided by the Massachusetts No Fault statutes, Mass. G. L. c. 90 §§34A *et seq* and Mass. G. L. c. 231 §6D.

Fourth Defense:

14. The Plaintiff's claims are barred to the extent that the Plaintiff has unreasonably failed to mitigate his damages.

Fifth Defense:

15. The Plaintiff has failed to make any good and sufficient service of process on the Defendant.

Sixth Defense:

16. The Plaintiff has waived and/or is estopped from asserting the claims set forth in the Complaint.

DEFENDANT COVENANT TRANSPORTATION, INC. CLAIMS A TRIAL BY JURY.

MAXNER JEAN BAPTISTE
By his Attorneys,
CURLEY & CURLEY P.C.

_____
Robert A. Curley, Jr., Esq.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO # 109180
(Not appearing on Counterclaim)

-4-

## COUNTERCLAIM

1. On May 10, 2004, on a public highway known as Interstate 90 in Sturbridge, Massachusetts, the Plaintiff, Thomas Weeks, negligently operated and caused a motor vehicle to collide with a motor vehicle operated by the Defendant, Maxner Jean Baptiste.

2. As a direct result of Plaintiff's negligence, Defendant Maxner Jean Baptiste suffered serious injuries, was disabled form his customary and usual routine, lost earnings, and was caused to suffer great pain and suffering, and was otherwise damaged to an extent exceeding $75,000 exclusive of interest and costs.

WHEREFORE, Defendant demands judgment against the Plaintiff Thomas Weeks in an amount that will fairly and reasonably compensate him for his injuries and damage, with interest thereupon, costs, and attorneys' fees, as provided by law, and such other further and different relief as may seem just and proper to this Court.

DEFENDANT MAXNER JEAN BAPTISTE CLAIMS A TRIAL BY JURY.

MAXNER JEAN BAPTISTE,
By his Attorneys,

RENDLE & RAUHALA

_____
Gene A. Rauhala, Esq.
370 Main Street
West Townsend   MA 01474
(978) 597-5272
BBO # 542397

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Richard J. Rafferty, Esq.
Eden & Rafferty, P.C.
19 Norwich Street, 5th fl
Worcester   MA   01608-2416

Neil Sugarman, Esq.
Jodi Petrucellly, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston   MA   02108

Dated: 1/28/05

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO # 109180

Gene A. Rauhala, Esq.
RENDLE & RAUHALA
370 Main Street
West Townsend   MA 01474