UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 04-12191 NG

Thomas Weeks,
    Plaintiff/Defendant in
    Counterclaim )
)
)
v. )
)
Covenant Transport, Inc., Defendant )
)
and )
)
Maxner Jean Baptiste, Defendant/ )
Plaintiff in Counterclaim )
)

**DEFENDANT/PLAINTIFF IN COUNTERCLAIM/THIRD-PARTY PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Now comes the Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff, Maxner Jean Baptiste, by and through Counsel, pursuant to Federal Rule 14, and moves this Honorable Court to permit filing of the attached Third-Party Complaint against Third-Party Defendant, Cardinal Freight Carriers, Inc.

In support of said Motion, Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff states that he has a cause of action in negligence against Third-Party Defendant, Cardinal Freight Carriers, Inc. for personal injuries suffered by him due to the negligence of Plaintiff/Defendant in Counterclaim, Thomas Weeks who, at all times relevant hereto, was an agent of Third-Party Defendant, Cardinal Freight Carriers, Inc.

1

Dated: February __, 2005     Respectfully submitted,

Maxner Jean Baptiste, Defendant/
Plaintiff in Counterclaim/Third-
Party Plaintiff, by his attorneys

_____
G. William Rendle, Esquire
RENDLE & RAUHALA
370 Main Street
W. Townsend, MA 01474
(978) 597-5272
BBO #416660

_____
Gene A. Rauhala, Esquire
RENDLE & RAUHALA
370 Main Street
W. Townsend, MA 01474
(978) 597-5272
BBO #542397

2