UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 04-12191 NG

Thomas Weeks, )
    Plaintiff/Defendant in )
    Counterclaim )
 )
v. )
 )
Covenant Transport, Inc., Defendant )
 )
and )
 )
Maxner Jean Baptiste, Defendant/ )
    Plaintiff in Counterclaim/Third- )
    Party Plaintiff )
 )
v. )
 )
Cardinal Freight Carriers, Inc., )
    Third-Party Defendant )

THIRD-PARTY COMPLAINT

Now comes Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff, Maxner Jean Baptiste, and alleges as follows:

1. I am Maxner Jean Baptiste of 1030 Clover Crest Road, Orlando, Florida.

2. I am the Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff in the above-captioned action.

3. The Third-Party Defendant, Cardinal Freight Carriers, Inc. is a foreign corporation authorized to conduct business in Massachusetts and has a principal place of business at 5333 Davidson Highway, Concord, North Carolina 28027.

4. On May 10, 2004, Plaintiff/Defendant in Counterclaim, Thomas Weeks, as a result of his negligent operation of his tractor trailer caused a motor vehicle accident on Interstate 90, a public way, in Sturbridge, Massachusetts.

5. At all times relevant hereto Plaintiff/Defendant in Counterclaim, Thomas Weeks was employed by Third-Party Defendant, Cardinal Freight Carriers, Inc., and was acting within the scope of his employment with Third-Party Defendant, Cardinal Freight Carriers, Inc.

6. On May 10, 2004, the motor vehicle operated by Plaintiff/Defendant in Counterclaim, Thomas Weeks was registered to Third-Party Defendant, Cardinal Freight Carriers, Inc. as the owner of said motor vehicle.

7. As a result of the negligence of Plaintiff/Defendant in Counterclaim, Thomas Weeks, as employee of Third-Party Defendant, Cardinal Freight Carriers, Inc., the Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff, Maxner Jean Baptiste, was disabled from his usual routine, lost earnings and was caused to suffer great pain and suffering and was otherwise damaged as a direct result of the negligence of Plaintiff/Defendant in Counterclaim, Thomas Weeks as agent of Third-Party Defendant, Cardinal Freight Carriers, Inc.

8. Third-Party Defendant, Cardinal Freight Carriers, Inc. is legally responsible for the acts of its employee,

Plaintiff/Defendant in Counterclaim, Thomas Weeks, that were committed in the scope of his employment.

Wherefore, Defendant/Plaintiff in Counterclaim/Third Party Plaintiff, demands Judgment as follows:

a) against Third-Party Defendant, Cardinal Freight Carriers, Inc., in an amount to be determined by a Jury together with interest and costs incurred by his attorney; and

b) for such other relief as the Court deems just and proper.

DEFENDANT/PLAINTIFF IN COUNTERCLAIM/THIRD-PARTY PLAINTIFF, CLAIMS A TRIAL BY JURY.

Dated: February ___, 2005        Respectfully submitted,

Maxner Jean Baptiste, Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff, by his attorney

G. William Rendle, Esquire
RENDLE & RAUHALA
370 Main Street
W. Townsend, MA 01474
(978) 597-5272
BBO #416660

Gene A. Rauhala, Esquire
RENDLE & RAUHALA
370 Main Street
W. Townsend, MA 01474
(978) 597-5272
BBO #542397

3

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading by mailing a copy postage prepaid to the following Counsel of record:

Richard J. Rafferty, Esq.
Eden & Rafferty, P.C.
19 Norwich Street, 5th Floor
Worcester, MA  01608-2416

Neil Sugarman, Esq.
Jodi Petrucelly, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA  02108

Robert A. Curley, Jr., Esq.
Curley & Curley, P.C.
27 School Street
Boston, MA  02108

Nancy Frankel Pelletier, Esq.
Robinson Donovan, PC
1500 Main Street
P.O. Box 15609
Springfield, MA  01115

Dated: February ___, 2005

Respectfully submitted,

Maxner Jean Baptiste, Defendant/Plaintiff in Counterclaim/Third-Party Plaintiff, by his attorney

_____
G. William Rendle, Esquire
RENDLE & RAUHALA
370 Main Street
W. Townsend, MA 01474
(978) 597-5272
BBO #416660