UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191-NG

| | |
|---|---|
| THOMAS WEEKS, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| COVENANT TRANSPORT, INC. and | ) |
| MAXNER JEAN BAPTISTE, | ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff/defendant-in-counterclaim, THOMAS WEEKS as defendant-in-counterclaim, in the above-captioned case.

THE PLAINTIFF/
DEFENDANT-IN-COUNTERCLAIM
THOMAS WEEKS

By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq. BBO #544402
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 22nd day of February, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Gene A. Rauhala, Esq., Rendle & Rauhala, 370 Main Street, West Townsend, MA 01474; Richard J. Rafferty, Esq., Eden & Rafferty, P.C., 19 Norwich Street, 5th Floor, Worcester, MA 01608-2416; Neil Sugarman, Esq. and Jodi M. Petrucelli, Esq., Sugarman & Sugarman, P.C., One Beacon Street, Boston, MA 02108; and Robert A. Curley, Jr., Esq., Curley & Curley P.C., 27 School Street, Boston, MA 02108.

Subscribed under the penalties of perjury.

*/s/Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

392123