UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS,<br><br>     Plaintiff<br><br>vs.<br><br>COVENANT TRANSPORT, INC. AND MAXNER JEAN BAPTISTE,<br><br>     Defendants | No. 04CV-12191-NG |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO ADD PARTIES**

The plaintiff, Thomas Weeks, hereby moves that he be allowed to amend his Complaint to add as parties plaintiff his minor children, Patrick Weeks and Marie Weeks, for loss of their parental society and that he be allowed to add Thomas Bobinski as a party defendant.

As reasons in support of this Motion, the plaintiff incorporates and relies on the attached Memorandum.

WHEREFORE, the plaintiff requests that the Court grant this Motion and that the plaintiff be allowed to file the First Amended Complaint attached as Exhibit "A".

                PLAINTIFF
                By His Attorneys,

                SUGARMAN AND SUGARMAN, P.C.

                /s/Jodi M. Petrucelli
                Neil Sugarman-BBO#484340
                Jodi M. Petrucelli-BBO#561911
                One Beacon Street
                Boston, MA 02108
                (617) 542-1000

Dated: March    , 2005