PROPOSED DOCUMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS,<br><br>　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE AND THOMAS BOBINSKI,<br><br>　　　　　　　　　　Defendants | No. 04CV-12191-NG |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

1.   The plaintiff, Thomas Weeks, is an individual residing at 3 Lindy Street, Millbury, MA.

2.   The plaintiff, Patrick Weeks, is an individual residing in the Commonwealth of Massachusetts and is the minor child of the plaintiff, Thomas Weeks.

3.   The plaintiff, Marie Weeks, is an individual residing in the Commonwealth of Massachusetts and is the minor child of the plaintiff, Thomas Weeks.

4.   The defendant, Maxner Jean Baptiste, upon information and belief, is an individual residing at 1030 Clovercrest Road, Orlando, FL.

6.     The defendant, Thomas Bobinski, is an individual residing at 955 53rd Street East, Apt. 911, Bradenton, FL 34208.

## COUNT I - NEGLIGENCE

### Thomas Weeks, et al. v. Maxner Jean Baptiste

7.     The plaintiffs hereby incorporate paragraphs one (1) through six (6) of above as if set fully herein.

8.     The plaintiff, Thomas Weeks, on or about May 10, 2004, was operating his tractor trailer eastbound on Interstate 90, a public way in Sturbridge, MA.

9.     The defendant, Maxner Jean Baptiste, did so carelessly and negligently operate and/or otherwise control a tractor trailer so as to cause it to stall and become dead in the main travel lane resulting in a collision with the plaintiff's tractor trailer.

10.    As a direct and proximate result of the negligence of the defendant, Maxner Jean Baptiste, plaintiff, Thomas Weeks, suffered serious injuries requiring medical attention, great pain of body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

11.    As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Patrick Weeks, has suffered a loss of parental society of his father.

12.    As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Marie Weeks, has suffered a loss of parental society of her father.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against defendant, Maxner Jean Baptiste, in an amount to fairly compensate him for his damages, together with interest, attorneys' fees and costs of suit.

WHEREFORE, the minor plaintiff, Patrick, Weeks, by and through his Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Maxner Jean Baptiste, in an amount to fairly compensate him for, with interest and costs, loss of parental society.

WHEREFORE, the minor plaintiff, Marie, Weeks, by and through her Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Maxner Jean Baptiste, in an amount to fairly compensate her for, with interest and costs, loss of parental society.

## COUNT II - NEGLIGENCE

### Thomas Weeks, et al. v. Thomas Bobinski

13. The plaintiffs hereby incorporate paragraphs one (1) through twelve (12) of above as if set fully herein.

14. The plaintiff, Thomas Weeks, on or about May 10, 2004, was operating his tractor trailer eastbound on Interstate 90, a public way in Sturbridge, MA.

15. The defendant, Thomas Bobinski, did so carelessly and negligently operate and/or control and/or instruct in the operation of a tractor trailer so as to cause the tractor trailer to be in a collision with the plaintiff's tractor trailer.

16. As a direct and proximate result of the negligence of the defendant, Thomas Bobinski, plaintiff, Thomas Weeks, suffered serious injuries requiring medical

attention, great pain of body and mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

17.    As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Patrick Weeks, has suffered a loss of parental society of his father.

18.    As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Marie Weeks, has suffered a loss of parental society of her father.

WHEREFORE, the plaintiff, Thomas Weeks, demands judgment in his favor against defendant, Thomas Bobinski, in an amount to fairly compensate him for his damages, together with interest, attorneys' fees and costs of suit.

WHEREFORE, the minor plaintiff, Patrick, Weeks, by and through his Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Thomas Bobinski, in an amount to fairly compensate him for, with interest and costs, loss of parental society.

WHEREFORE, the minor plaintiff, Marie, Weeks, by and through her Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Thomas Bobinski, in an amount to fairly compensate her for, with interest and costs, loss of parental society.

## COUNT III - NEGLIGENT ENTRUSTMENT

### Thomas Weeks, et al. v. Covenant Transport, Inc.

19.    The plaintiffs hereby incorporate paragraphs one (1) through eighteen (18) of above as if set fully herein.

20. The defendant, Covenant Transport, Inc., is a registered owner of the subject vehicle and is liable under M.G.L. c. 231, §85A for negligent actions of the operator of the vehicle.

21. As a direct and proximate result of the negligence of the defendant, Covenant Transport, Inc., as committed through its own negligence and/or the negligent acts of its agents and employees, and including its negligent entrustment of its vehicle to the defendants, Maxner Jean Baptiste and Thomas Bobinski, the plaintiff, Thomas Weeks, suffered severe injuries requiring medical attention, great pain of body and anguish of mind, a diminished work capacity and has been restricted in his vocational and avocational activities.

22. As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Patrick Weeks, has suffered a loss of parental society of his father.

23. As a result of the serious personal injuries suffered by the plaintiff, Thomas Weeks, the minor plaintiff, Marie Weeks, has suffered a loss of parental society of her father.

WHEREFORE, the plaintiff, Thomas Weeks demands judgment in his favor against defendant, Covenant Transport, Inc., in an amount to fairly compensate him for his damages, together with interest, attorneys' fees and costs of suit.

WHEREFORE, the minor plaintiff, Patrick, Weeks, by and through his Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Covenant Transport, Inc., in an amount to fairly compensate him for, with interest and costs, loss of parental society.

WHEREFORE, the minor plaintiff, Marie, Weeks, by and through her Father and Next Friend, Thomas Weeks, demands judgment against the defendant, Covenant Transport, Inc., in an amount to fairly compensate her for, with interest and costs, loss of parental society.

### Jury Claim

The plaintiffs claim their right to trial by jury.

PLAINTIFFS,

By Their Attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/Neil Sugarman
Neil Sugarman-BBO#484340

/s/Jodi M. Petrucelli
Jodi M. Petrucelli-BBO#561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: March    , 2005

IMAN 159577v1