UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS,<br><br>           Plaintiff<br><br>vs.<br><br>COVENANT TRANSPORT, INC. AND MAXNER JEAN BAPTISTE,<br><br>           Defendants | No. 04CV-12191-NG |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Motion to Amend the Complaint to Add Parties, Plaintiff's Memorandum in Support of Motion to Amend the Complaint to Add Parties and Plaintiff's First Amended Complaint (Exhibit "A") was served by first-class mail, postage prepaid, on March 2, 2005, upon Gene A. Rauhala, Esq., Rendle & Rauhala, 370 Main Street, West Townsend, MA 01474.

PLAINTIFF,

By His Attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/Jodi M. Petrucelli
Neil Sugarman-BBO#484340
Jodi M. Petrucelli-BBO#561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

IMAN 160339v1