UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS,<br><br>      Plaintiff<br><br>vs.<br><br>COVENANT TRANSPORT, INC. AND MAXNER JEAN BAPTISTE,<br><br>      Defendants | No. 04CV-12191-NG |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO AMEND THE COMPLAINT TO ADD PARTIES

This case arises out of a motor vehicle accident that occurred on or about May 10, 2004. Mr. Weeks was the operator of a tractor trailer which collided with a second tractor trailer owned by the defendant, Covenant Transport, Inc., causing severe and permanent personal injuries to Mr. Weeks.

The plaintiff alleges that the collision occurred as a result of the negligence of the operator or operators the Covenant Transport tractor trailer. The plaintiff's initial Complaint brought claims against Maxner Jean Baptiste as the presumed operator of the Covenant Transport vehicle. The plaintiff has since learned that Mr. Baptiste was a student driver at the time being instructed by Thomas Bobinski and that Mr. Bobinski may have been in control of the vehicle at the time of the collision. The plaintiff seeks to add claims for negligence against Mr. Bobinski in his Amended Complaint.

At the time of the accident, Mr. Weeks had joint legal custody of his two minor children, Patrick Weeks and Marie Weeks, both of whom lived with him part of the time. Due to the extent and severity of Mr. Weeks' injuries, his children have suffered a loss of his parental society. The plaintiff seeks to add claims for loss of parental society of Patrick Weeks and Marie Weeks in the Amended Complaint.

2

WHEREFORE, for the reasons stated above, the plaintiff asks that he be allowed to amend the Complaint and to file the First Amended Complaint attached as Exhibit "A" to the plaintiff's Motion.

Respectfully submitted,

SUGARMAN AND SUGARMAN, P.C.

Attorneys for the Plaintiff,

/s/Jodi M. Petrucelli
Neil Sugarman-BBO#484340
Jodi M. Petrucelli-BBO#561911
One Beacon Street
Boston, MA 02108
(617) 542-1000

Dated: March    , 2005