UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191-NG

| | |
|---|---|
| THOMAS WEEKS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| COVENANT TRANSPORT, INC. and<br>MAXNER JEAN BAPTISTE,<br>    Defendants | )<br>)<br>) |

### PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM
### BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Michael Kota, General Counsel
Authorized Representative of
Cardinal Logistics Management, Inc.
5333 Davidson Highway
Concord, NC 28027
Phone (704) 786-6125

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: March 14, 2005

392124