UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS,<br><br>                         Plaintiffs<br><br>vs.<br><br>COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE, AND THOMAS BOBINSKI,<br><br>                         Defendants | No. 04CV-12191-NG |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiffs' First Amended Complaint was served by first-class mail, postage prepaid, on April 13, 2005, upon Gene A. Rauhala, Esq., Rendle & Rauhala, 370 Main Street, West Townsend, MA 01474.

PLAINTIFF,

By His Attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/Jodi M. Petrucelli
Neil Sugarman-BBO#484340
Jodi M. Petrucelli-BBO#561911
One Beacon Street
Boston, MA 02108
(617) 542-1000

IMAN 160339v1