UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS, <br><br> Plaintiff/Defendant-in-Counterclaim <br><br> vs. <br><br> COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE, AND THOMAS BOBINSKI, <br><br> Defendants <br><br> v. <br><br> MAXNER JEAN BAPTISTE, <br><br> Defendant/Plaintiff-in-Counterclaim/ Third-Party Defendant <br><br> v. <br><br> CARDINAL FREIGHT CARRIERS, INC., <br><br> Third-Party Defendant | No. 04CV-12191-NG |

### PLAINTIFF'S RULE 16.1(3) CERTIFICATE

We, the undersigned, hereby certify that we have conferred regarding the costs of the litigation and resolution of the litigation through the use of alternative dispute programs.

_____
Thomas Weeks
3 Lindy Street
Millbury, MA 01527

_____
RICHARD J. RAFFERTY, JR.
Eden & Rafferty
19 Norwich Street
Worcester, MA 01608
(508) 795-1601

Dated: May 20, 2005

IMAN 164017v1