# United States District Court

For The DISTRICT OF Massachusetts

Thomas Weeks, Individually and Next Friend
of Patrick Weeks and Marie Weeks, Minors,
           Plaintiffs
     V.
Covenant Transport, Inc. and Thomas Bobinski,
           Defendants,
     V.
Maxner Jean Baptiste,
           Defendant/ Plaintiff-in-
           Counterclaim/ Third-Party Plaintiff
     V.
Cardinal Freight Carriers, Inc.
           Third Party Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  04cv12191NG

TO: (Name and address of defendant)   REGISTRY OF MOTOR VEHICLES
                                                AS AGENT FOR THOMAS BOBINSKI
                                                630 Washington Street --  Court Records Department
                                                Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

            Jodi M. Petrucelli, Esq.
            Sugarman and Sugarman, P.C.
            One Beacon Street, 13th floor
            Boston, MA 02108

an answer to the FIRST AMENDED complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK: SARAH A. THORNTON

DATE: 6-29-05

(BY) DEPUTY CLERK