## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　*Date*　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*

Deputy Sheriff George Slyva

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 30, 2005
I hereby certify and return that on 6/30/2005 at 11:50AM I served two copies copy of the within Summons and 1st Amended Complaint in this action together with $10.00 in fees, upon the within named Thomas Bobinski by delivering in hand to B.Johnson,agent of the Massachusetts Registry of Motor Vehicles at 630 Washington Street, Boston, MA. along with $10.00 in fees. Fees: U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $47.00

_____
　　　　　　　　　　　　　　　*Deputy Sheriff*

(1) **Deputy Sheriff,  George Slyva**