*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*One Copley Place, Boston 02116*

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.mass.gov/rmv

July 1, 2005

Jodi M. Petrucelli, Esq.
Sugarman And Sugarman, P.C.
One Beacon Street
Boston, MA 02108

RE: THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS VS. COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE AND THOMAS H. BOBINSKI UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, CIVIL ACTION NO# 04CV-12191-NG

Dear Atty. Petrucelli:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3C. Below please find the executed affidavit set forth in §3C, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail July 1, 2005, postage prepaid, to Thomas H. Bobinski at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3C.

Signed under the pains and penalties of perjury on July 1, 2005.

Signed: *Kathleen Munson*
Kathleen Munson, Keeper of the Records

ba