UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THOMAS WEEKS, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
PATRICK WEEKS AND MARIE WEEKS,
MINORS,

    Plaintiffs/Defendant-in-
    Counterclaim

vs.

COVENANT TRANSPORT, INC. AND
THOMAS BOBINSKI,

    Defendants

vs.

MAXNER JEAN BAPTISTE,

    Defendant/Plaintiff-in-Counterclaim/

No. 04CV-12191-NG

## AFFIDAVIT

I, Jodi M. Petrucelli, of the firm, Sugarman and Sugarman, P.C., attorney for the plaintiffs in the above-entitled action, hereby certify that under the penalties of perjury I served the defendant, Thomas Bobinski, under the provisions of Massachusetts General Laws Chapter 223A, as amended; and I further certify that on June 24, 2005, I did mail a copy of the Complaint, together with a copy of the Summons, to the defendant by certified mail, return receipt requested, as is provided by said statute. Said copy was mailed to the following addresses, those being all past and present known addresses for the defendant:

    1.    4408 Milestrip Road, #147, Buffalo, NY 14219;

2. 955 53rd Street East, Apt. 911, Bradenton, FL 34208;
3. 48 Melroy Avenue, #1, Lackawanna, NY 14218; and
4. 2288 Gun Barrel Road, Suite 111, Chattanooga, TN 37421.

Attached hereto is the return receipt with respect to the said certified mail sent to 4408 Milestrip Road, #147, Buffalo, NY, which is the only receipt received.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13TH DAY OF JULY, 2005.

/s/Jodi M. Petrucelli
JODI M. PETRUCELLI
BBO#561911
Sugarman and Sugarman, P.C.
One Beacon Street, 13th Floor
Boston, MA 02108
(617) 542-1000
jpetrucelli@sugarman.com

IMAN 167412v1