| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9848 5368 2013 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X [signature] | ☐ Agent ☐ Addressee |
| 3. Service Type   CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |

1. Article Addressed to:

Mr. Thomas Bobinski
4408 Milestrip Road, #147
Buffalo, NY 14219

Reference Information

Weeks-04-454

JMP/ds

PS Form 3811, July 2001     Domestic Return Receipt