UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191-NG

| | |
|---|---|
| THOMAS WEEKS, <br>     Plaintiff/Defendant-in-Counterclaim <br> <br> vs. <br> <br> COVENANT TRANSPORT, INC. and <br>     Defendant <br> and <br> MAXNER JEAN BAPTISTE, <br>     Defendant/Plaintiff-in-Counterclaim/ <br>     Third Party Plaintiff <br> vs. <br> <br> CARDINAL FREIGHT CARRIERS, INC., <br>     Third Party Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the third-party defendant, CARDINAL FREIGHT CARRIERS, INC., in the above-captioned case.

THE THIRD PARTY DEFENDANT
CARDINAL FREIGHT CARRIERS, INC.

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

**CERTIFICATE OF SERVICE**

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 4th day of August, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, G. William Rendle, Esq. and Gene A. Rauhala, Esq., Rendle & Rauhala, 370 Main Street, West Townsend, MA  01474; Richard J. Rafferty, Esq., Eden & Rafferty, P.C., 19 Norwich Street, 5th Floor, Worcester, MA  01608-2416; Neil Sugarman, Esq. and Jodi M. Petrucelli, Esq., Sugarman

406324

& Sugarman, P.C., One Beacon Street, Boston, MA  02108; and Robert A. Curley, Jr. Esq., Curley & Curley, P.C., 27 School Street, Boston, MA  02108.

Subscribed under the penalties of perjury.

> */s/ Nancy Frankel Pelletier*
> Nancy Frankel Pelletier

406324