# United States District Court

DISTRICT OF MASSACHUSETTS

PLAINTIFF

THOMAS WEEKS, Individually
and as parent and next friend of
PATRICK WEEKS and MARIE WEEKS, Minors

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MAXNER JEAN BAPTISTE

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV-12191-NG

V. THIRD PARTY DEFENDANT

CARDINAL FREIGHT CARRIERS, INC.

TO: (Name and address of Third Party defendant)    CARDINAL FREIGHT CARRIERS, INC.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| SUGARMAN AND SUGARMAN, P.C.<br>Neil Sugarman, Esquire<br>Jodi M. Petrucelli, Esquire<br>One Beacon Street<br>Boston, MA  02108 | RENDLE AND RAUHALA<br>G. William Rendle, Esquire<br>Gene A. Rauhala, Esquire<br>370 Main Street<br>W. Townsend, MA  01474 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

JUL - 6 2005
DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: August 10, 2005

NAME OF SERVER: Gene A. Rauhala, Esq.

TITLE: Attorney for Defendant and Third Party Plaintiff

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the third-party defendant. Place where served: _____

- [ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [x] Other (specify): By first class mail, certfied and return receipt requested, addressed to Nancy Frankel Pelletier, Esq., Robinson Donovan, P.C., attorney of third-party defendant and who indicates authority to accept service on its behalf in this action, at 1500 Main Street, Suite 1600, P. O. Box 15609, Springfield, MA 01115-5609.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 10, 2005
            Date

Signature of Server
Gene A. Rauhala, Esq.
Rendle & Rauhala, 370 Main Street
Address of Server
West Townsend, MA 01474

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.