UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS;<br><br>  Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE, AND THOMAS BOBINSKI,<br><br>  Defendants<br><br>and<br><br>MAXNER JEAN BAPTISTE,<br><br>  Defendant/Plaintiff-in-Counterclaim/Third-Party Plaintiff<br><br>v.<br><br>CARDINAL FREIGHT CARRIERS, INC.,<br><br>  Third-Party Defendant | NO. 04-CV-12191-NG |

**JOINT STATEMENT**

The parties in the above action suggest the following proposed pretrial schedule:

1. The parties shall complete the initial disclosures required by Fed. R. Civ. P. by January 30, 2006;

2. Service of all written discovery requests no later than February 14, 2006; responses due 45 days after service of each request;

3. Completion of non-expert depositions and other factual discovery (medical examinations, site inspections) by November 30, 2006;

4. Scheduling Conference after November 30, 2006;

5. Plaintiff and third-party plaintiff's disclosure of information regarding experts pursuant to Fed. R. Civ. P. 26(b)(4)(A) by January 15, 2007; defendants and third-party defendant within 30 days thereafter;

6. If agreed to by all parties, the parties will either (a) participate in outside mediation or (b) request senior judge mediation by March 30, 2007;

7. All expert depositions and discovery completed by May 30, 2007, each party to produce their own experts in Boston at their own expense;

8. Serving of dispositive motions by June 30, 2007, with oppositions served within 21 days;

9. Pretrial conference for hearing on motions for summary judgment and scheduling of trial by July 30, 2007;

10. The parties have conferred with a view toward settlement and controlling the cost of litigation. The parties will continue to discuss the possibility of mediation or other alternative dispute resolution programs. A trial by a magistrate judge is not agreed to by the parties at this time.

11. None at this time.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By His Attorneys, | By Their Attorneys, |
| SUGARMAN AND SUGARMAN, P.C. | CURLEY & CURLEY, P.C. |
| /s/Jodi M. Petrucelli | /s/Robert A. Curley, Jr. |
| Neil Sugarman-BBO# 484340 | Robert A. Curley, Jr.,-BBO# 109180 |
| nsguarman@sugarman.com | rac@curleylaw.com |
| Jodi M. Petrucelli-BBO# 561911 | 27 School Street |
| jpetrucelli@sugarman.com | Boston, MA 02108 |
| One Beacon Street | 617-523-2990 |
| Boston, MA 02108 | |
| 617-542-1000 | |

2

| | |
|---|---|
| DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM/THIRD PARTY PLAINTIFF, | PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM AND THIRD-PARTY DEFENDANT, |
| By Their Attorneys, | By Their Attorneys, |
| RENDLE & RAUHALA | ROBINSON DONOVAN, PC. |
| /s/Gene A. Rauhala<br>Gene A. Rauhala-BBO# 542397<br>reuha@aol.com<br>370 Main Street<br>West Townsend, MA 01474<br>978-597-5272 | /s/Nancy Frankel Pelletier<br>Nancy Frankel Pelletier-BBO# 544402<br>npelletier@robinson-donovan.com<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>413-732-2301 |

Dated: January 6, 2006

176151.1