UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-12191 NG

THOMAS WEEKS, Individually and as parent
and next friend of Patrick Weeks and
Marie Weeks, minor
    Plaintiff/Defendant-in Counterclaim

v.

COVENANT TRANSPORT, INC. and
    Defendant

and

MAXNER JEAN BAPTISTE,
    Defendant/Plaintiff-in-Counterclaim
    Third Party Plaintiff

v.

CARDINAL FREIGHT CARRIERS, INC.
    Third Party Defendant

**REPLY OF DEFENDANTS MAXNER JEAN BAPTISTE AND COVENANT TRANSPORT, INC. TO COUNTERCLAIM OF CARDINAL FREIGHT CARRIERS, INC. AND COUNTERCLAIM OF COVENANT TRANSPORT, INC. AGAINST CARDINAL FREIGHT CARRIERS, INC. AND THOMAS WEEKS**

1) Counterclaim Defendants admit the allegations of Paragraph 1 for those periods of time that Mr. Baptiste was the operator and otherwise denies the allegations of Paragraph 1.

2) Counterclaim Defendants deny the allegations of Paragraph 2.

3) Counterclaim Defendants deny the allegations of Paragraph 3.

4) Counterclaim Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.

5) Counterclaim Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5.

**FIRST DEFENSE**

6) The damage complained of by Cardinal Freight Carriers, Inc. was caused by its own negligence and the negligence of its agents and employees which was greater than any negligence of the Counterclaim Defendants.

**SECOND DEFENSE**

7) The damage complained of by Cardinal Freight Carriers, Inc. was caused by the conduct of a person or entity for which the Counterclaim Defendants are not legally responsible.

**THIRD DEFENSE**

8) Cardinal Freight Carriers, Inc. has waived and/or is estopped from any recovery for the damage alleged.

**FOURTH DEFENSE**

9) Cardinal Freight Carriers, Inc. is banned from any recovery to the extent that it unreasonably failed to mitigate its damages.

COUNTERCLAIM DEFENDANTS CLAIM A TRIAL BY JURY.

**COUNTERCLAIM OF DEFENDANT COVENANT TRANSPORT, INC. AGAINST CARDINAL FREIGHT CARRIERS, INC. AND THOMAS WEEKS**

1) On May 10, 2004, a tractor and trailer owned by the Defendant Covenant Transport, Inc. was damaged in an accident which occurred on Interstate Route 90 in Massachusetts.

2) The accident was caused by the negligence of the Plaintiff Thomas Weeks.

3) Cardinal Freight Carriers, Inc. was negligent in the hiring, training, supervision and employment of Thomas Weeks.

4) Thomas Weeks had multiple speeding violations prior to May 10, 2004.

5) Thomas Weeks was traveling at a speed in excess of the speed limit before the accident and at the time of the accident.

6) At the time of the accident Thomas Weeks was an employee of Cardinal Freight Carriers, Inc.

7) At the time of the accident, Thomas Weeks was acting in the scope of his employment for Cardinal Freight Carriers, Inc.

8) The negligence of Thomas Weeks was a proximate cause of the accident.

9) The negligence of Cardinal Freight Carriers, Inc. was a proximate cause of the accident.

10) Cardinal Freight Carriers, Inc. is vicariously liable for the negligence of Thomas Weeks.

11) The damage sustained by Covenant Transport, Inc. due to the negligence of Thomas Weeks and Cardinal Freight Carriers, Inc. included property damage to said tractor-trailer owned by Covenant Transport, Inc. and loss of use of said tractor-trailer.

Covenant Transport, Inc. demands judgment against Thomas Weeks and Cardinal Freight Carriers, Inc. in an amount to be determined by a jury plus interest and costs.

COVENANT TRANSPORT CLAIMS A TRIAL BY JURY

By his Attorneys,
CURLEY & CURLEY, P.C.

/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr.
BBO # 109180
27 School Street
Boston, MA  02108
(617) 523-2990(tel)
(617) 523-7602(fax)

Dated: January 9, 2006

## **CERTIFICATE OF SERVICE**

      I, Robert A. Curley, Jr., Esquire, hereby certify that on the date indicated below, I served a true copy of the foregoing pleading by first class mail, postage pre-paid to: Jodi M. Petrucelli, Esquire, Sugarman & Sugarman, P.C., 1 Beacon Street, Boston, MA 02108; Nancy Frankel Pelletier, Esquire, Robinson Donovan, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115; Gene A. Rauhala, Esquire, Rendle & Rauhala, 370 Main Street, West Townsend, MA 01474 and Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608.

                                                                          Robert A. Curley, Jr.

Dated: _____, 2006