UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS,<br><br>    Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE, AND THOMAS BOBINSKI,<br><br>    Defendants<br><br>and<br><br>MAXNER JEAN BAPTISTE,<br><br>    Defendant/Plaintiff-in-Counterclaim/Third-Party Plaintiff<br><br>v.<br><br>CARDINAL FREIGHT CARRIERS, INC.,<br><br>    Third-Party Defendant | NO. 04-CV-12191-NG |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties in the above-entitled matter move that this Court continue the Status Conference presently scheduled for February 16, 2006, at 2:00 p.m. until March 2, 2006, at 2:00 p.m., or such other time that is convenient for the Court shortly thereafter. As grounds for this continuance, the parties have reached an agreement in principle to settle the claims of Thomas Weeks, Individually and as Parent and Next Friend of Patricia Weeks and Marie Weeks, minors. Because of the complexity of the cases and the settlement, the parties require additional time to finalize the necessary closing

papers. It is to be noted that the remaining claims in this action remain open, and those parties are continuing their discussions concerning possible settlement.

WHEREFORE, the parties move to continue the Status Conference to March 2, 2006, at 2:00 p.m. or to a date shortly thereafter.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By His Attorneys, | By Their Attorneys, |
| SUGARMAN AND SUGARMAN, P.C. | CURLEY & CURLEY, P.C. |
| /s/Neil Sugarman<br>Neil Sugarman-BBO# 484340<br>nsguarman@sugarman.com<br>Jodi M. Petrucelli-BBO# 561911<br>jpetrucelli@sugarman.com<br>One Beacon Street<br>Boston, MA 02108<br>617-542-1000 | /s/Robert A. Curley, Jr.<br>Robert A. Curley, Jr.,-BBO# 109180<br>rac@curleylaw.com<br>27 School Street<br>Boston, MA 02108<br>617-523-2990 |
| DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM/THIRD PARTY PLAINTIFF, | PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM AND THIRD-PARTY DEFENDANT, |
| By Their Attorneys, | By Their Attorneys, |
| RENDLE & RAUHALA | ROBINSON DONOVAN, PC. |
| /s/Gene A. Rauhala<br>Gene A. Rauhala-BBO# 542397<br>reuha@aol.com<br>370 Main Street<br>West Townsend, MA 01474<br>978-597-5272 | /s/Nancy Frankel Pelletier<br>Nancy Frankel Pelletier-BBO# 544402<br>npelletier@robinson-donovan.com<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>413-732-2301 |

Dated: February 15, 2006

178807.1