UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-12191 NG

THOMAS WEEKS, INDIVIDUALLY AND        )
AS PARENT AND NEXT FRIEND OF          )
PATRICK WEEKS AND MARIE WEEKS,        )
MINORS,                               )
    Plaintiffs/Defendants-in-Counterclaim )
                                             )
vs.                                   )
                                             )
COVENANT TRANSPORT, INC. ,            )
MAXNER JEAN BAPTISTE, AND             )
THOMAS BOBINSKI,                      )
    Defendants                        )
                                             )
and                                   )
                                             )
MAXNER JEAN BAPTISTE,                 )
    Defendant/Plaintiff-in-Counterclaim/ )
    Third Party Plaintiff             )
vs.                                   )
                                             )
CARDINAL FREIGHT CARRIERS, INC.,      )
    Third Party Defendant             )

NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please enter my appearance as attorney for the third-party defendant, Cardinal Freight

Carriers, Inc., in the above action.

                              CARDINAL FREIGHT CARRIERS, INC.


                              By    */s/ Frederica H. Mc Carthy*
                              Frederica H. McCarthy, Esq.
                              Robinson Donovan, P.C.
                              1500 Main Street, Suite 1600
                              Springfield, Massachusetts 01115
                              Phone (413) 732-2301  Fax (413) 785-4658
                              BBO No. 548696
                              fmccarthy@robinson-donovan.com

242566

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2006.

*/s/ Frederica H. McCarthy*

127304