UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINORS,<br><br>    Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>COVENANT TRANSPORT, INC., MAXNER JEAN BAPTISTE, AND THOMAS BOBINSKI,<br><br>    Defendants<br><br>and<br><br>MAXNER JEAN BAPTISTE,<br><br>    Defendant/Plaintiff-in-Counterclaim/Third-Party Plaintiff<br><br>v.<br><br>CARDINAL FREIGHT CARRIERS, INC.,<br><br>    Third-Party Defendant | NO. 04-CV-12191-NG |

**PETITION FOR APPROVAL OF SETTLEMENT
AND ALLOCATION OF SETTLEMENT PROCEEDS**

The plaintiff hereby petitions this Court, pursuant to M.G.L. c. 152, §15 and M.G.L. c. 231, §140C½, for approval of the settlement of his claims and the claims of his minor children in the above action against defendants, Covenant Transport, Inc., Maxner Jean Baptiste, and Thomas Bobinski. The terms of the settlement are described below.

## BRIEF STATEMENT OF THE CASE

This action arises out the collision between two tractor trailers on the Massachusetts Turnpike on May 10, 2004. The plaintiff, Thomas Weeks, was the driver of one of the vehicles. The defendants were the operators and owner of the other vehicle. The accident occurred while Mr. Weeks was in the course of his employment for Cardinal Freight Carriers, Inc. Briefly, the tractor trailer owned and operated by the defendants was traveling on the Massachusetts Turnpike when the operator made an error in shifting gears causing the vehicle to stall in the right-hand travel lane. Mr. Weeks struck the rear of the defendants' vehicle with his vehicle. Due to traffic configurations, he did not see the defendants' vehicle stalled in the travel lane in time to avoid the collision. The defendants dispute liability and contend that the conduct of Mr. Weeks was responsible for the occurrence of the accident.

Mr. Weeks suffered multiple injuries as a result of the collision, including fractures of the face, left and right arms, right and left legs and multiple ribs. He underwent surgeries to treat his injuries. He has been unable to work as a tractor trailer driver since the date of the accident, but has recently reached a medical end result with regard to his treatment.

His children, Patrick and Marie, have brought a claim for loss of their father's consortium. Patrick and Marie are Mr. Weeks' children from a prior marriage; he shares custody of them with their mother.

## SETTLEMENT

As a result of the collision, Mr. Weeks individually and on behalf of his minor children filed this action against Covenant for negligence. The parties have recently agreed to settle all third party claims for the amount of $625,000.00. The settlement includes a lump sum agreement on Mr. Weeks' workers' compensation benefits and is

subject to the approval of this Court and approval of the workers' compensation lump sum settlement by the Department of Industrial Accidents.

In accordance with M.G.L. c. 152, Mr. Weeks received workers' compensation benefits from Protective Insurance Company in the amount of $342,277.00. Protective Insurance has agreed to lump sum Mr. Weeks' compensation claims for $10,000.00, bringing its total payments to $352,277.00. Protective Insurance Company has a lien for these payments, less its proportionate share of attorneys' fees and out-of-pocket expenses, for a lien of $232,502.00. Protective Insurance has agreed to reduce its lien and to accept the net amount of $132,502.00 in full satisfaction of its lien.

The law firm of Sugarman and Sugarman, P.C., having represented the plaintiff in this action pursuant to a Contingent Fee Agreement, is entitled to receive a fee in the amount of one-third (1/3) of the total settlement, as well as reimbursement of out-of-pocket expenses in the amount of $2,812.52. The total amount due to Sugarman and Sugarman, P.C. is $211,145.85.

The plaintiff will take the total amount of $281,352.15 from this settlement. Of that amount, $10,000.00 will be attributed to the loss of consortium claim of Patrick Weeks and $10,000.00 will be attributed to the loss of consortium claim of Marie Weeks and $261,352.15 will be attributed to the injury claims of Thomas Weeks.

The settlement funds for Patrick Weeks and Marie Weeks, will each be placed in an account opened by Thomas Weeks at the Leominster Credit Union in the name of Thomas Weeks, as custodian for Patrick Weeks/Marie Weeks. The money in these accounts will be used solely for the benefit of the named minor child. As indicated above, as part of this settlement Mr. Weeks has agreed to lump sum his claims for workers' compensation benefits for the amount of $10,000.00. That portion of the settlement is being submitted to the Industrial Accident Board for approval.

Mr. Weeks' medical benefits will remain open and subject to the provisions of Hunter v. Midwest Coast Transport, 400 Mass. 779 (1987). For the purposes of the application of the Hunter case, Protective Insurance will be obligated to pay 33% of future claims for medical benefits and Mr. Weeks will be obligated to pay 67% of future claims for medical benefits until the portion paid by Mr. Weeks equals $261,352.15. At that point, Protective Insurance will resume total payment of all future medical benefits.

In accordance with the above, the plaintiff requests that a settlement check be issued in the amount of $625,000.00, payable to Sugarman and Sugarman, P.C., as Attorneys for Thomas Weeks, and that the proceeds be distributed by Sugarman and Sugarman, P.C. as follows:

| | |
|---|---|
| Thomas Weeks | $261,352.15 |
| Patrick Weeks | $ 10,000.00 |
| Marie Weeks | $ 10,000.00 |
| Protective Insurance Company | $132,502.00 |
| Sugarman and Sugarman, P.C. | $211,145.85 |
| **TOTAL SETTLEMENT** | **$625,000.00** |

The plaintiff asks that this settlement and disbursement be approved by the Court.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By His Attorneys, | By Their Attorneys, |
| SUGARMAN AND SUGARMAN, P.C. | CURLEY & CURLEY, P.C. |

Neil Sugarman-BBO# 484340
nsguarman@sugarman.com
Jodi M. Petrucelli-BBO# 561911
jpetrucelli@sugarman.com
One Beacon Street
Boston, MA 02108
617-542-1000

Robert A. Curley, Jr.-BBO# 109180
rac@curleylaw.com
27 School Street
Boston, MA 02108
617-523-2990

Thomas Weeks, Individually and as Parent and Next Friend of Patrick Weeks and Marie Weeks

PROTECTIVE INSURANCE COMPANY AND THIRD-PARTY DEFENDANT,

By Their Attorneys,

ROBINSON DONOVAN, PC.

Frederica McCarthy-BBO#
fmccarthy@robinson-donovan.com
1500 Main Street, Suite 1600
Springfield, MA 01115
413-732-2301

Dated: March 2, 2006

179497.1