UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:  04-12191 NG

> THOMAS WEEKS, Individually and as parent and next friend of Patrick Weeks and Marie Weeks, minor
>     Plaintiffs
> v.
> COVENANT TRANSPORT, INC.
> MAXNER JEAN BAPTISTE, and
> THOMAS BOBINSKI
>     Defendants
>
> v.
>
> MAXNER JEAN BAPTISTE,
>     Defendant/Plaintiff in Counterclaim/
>     Third Party Plaintiff
>
> v.
>
> CARDINAL FREIGHT CARRIERS, INC.,
>     Third Party Defendant

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CLAIMS OF THOMAS WEEKS, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF PATRICK WEEKS AND MARIE WEEKS, MINOR**

Now come the parties pursuant to Mass. R. Civ. P. Rule 41(a)(1) and stipulate that the above-captioned action may be dismissed with prejudice and without costs as to all counts and causes of action asserted by or for Thomas Weeks, Individually and as Parent and Next Friend of Patrick Weeks and Marie Weeks, minor.

THOMAS WEEKS, Individually
and as Parent and Next Friend of
Patrick Weeks and Marie Weeks,
By their Attorneys,


 /s/ Neil Sugarman
Neil Sugarman  BBO #484340
Jodi M. Petrucelli  BBO #561911
SUGARMAN AND SUGARMAN, P.C.
One Beacon Street
Boston, MA 02108

COVENANT TRANSPORT, INC.
MAXNER JEAN BAPTISTE, and
THOMAS BOBINSKI
By their Attorneys,

/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr.  BBO #109180
Curley & Curley, P.C.
27 School Street
Boston, MA 02108


DEFENDANT/PLAINTIFF-IN
COUNTERCLAIM/THIRD PARTY
PLAINTIFF
By their attorneys,


/s/ Gene A. Rauhala
Gene A. Rauhala  BBO #542397
370 Main Street
West Townsend, MA 01474

                PLAINTIFF/DEFENDANT In
                COUNTERCLAIM AND THIRD PARTY
                DEFENDANT


                __/s/ Nancy Frankel Pelletier____
                Nancy Frankel Pelletier   BBO #544402
                1500 Main Street, Suite 1600
                Springfield, MA 01115