**CURLEY & CURLEY P.C.**
ATTORNEYS AT LAW
27 SCHOOL STREET
BOSTON   MASSACHUSETTS   02108
_____

(617) 523-2990
FACSIMILE  (617) 523-7602

ROBERT A. CURLEY
ROBERT A. CURLEY, JR
EUGENE F. NOWELL
DAVID D. DOWD
MARTIN J. ROONEY*
LISABETH RYAN KUNDERT
STEPHEN J. GILL
JONI KATZ MACKLER
KIM M. ROUSSOS
LISA  M. CAPERNA

C. MARK FURCOLO - Retired
1998-2004

WRITER'S E-MAIL ADDRESS:
RAC@CURLEYLAW.COM

*ALSO MEMBER OF NEW HAMPSHIRE BAR

March 28, 2006

Clerk's Office
United States District Court for
the District of Massachusetts
1 Courthouse Way
Boston, MA 02110

RE:   Thomas Weeks v. Covenant Transport
       Civil Action No.:  04-12191 NG

Dear Sir/Madam:

     I enclose the Stipulation of Dismissal with Prejudice as to Claims of Thomas Weeks, Individually and as Parent and Next Friend of Patrick Weeks and Marie Weeks, Minor.

     Please note this Stipulation only disposes of the affirmative claims of the Plaintiff. The claims of Defendant Covenant Transport, Inc. against Defendant Cardinal Freight Carriers, Inc., the claims of Defendant Maxner Jean Baptiste against Thomas Weeks and Cardinal Freight Carriers, Inc. and the claims of Cardinal Freight Carriers, Inc. against Covenant Transport, Inc., Maxner Jean Baptiste and Thomas Bobinski remain pending.

        Very truly yours,

        CURLEY & CURLEY P.C.


        /s/  Robert A. Curley, Jr.


RACJr/gk         Robert A. Curley, Jr.
Enclosure
cc:     All Counsel of Record