UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191 NG

| | |
|---|---|
| THOMAS WEEKS,<br>    Plaintiff/Defendant-in-Counterclaim | )<br>)<br>) |
| vs. | )<br>) |
| COVENANT TRANSPORT, INC. and<br>    Defendant | )<br>)<br>) |
| and | )<br>) |
| MAXNER JEAN BAPTISTE,<br>    Defendant/Plaintiff-in-Counterclaim/<br>    Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CARDINAL FREIGHT CARRIERS, INC.,<br>    Third Party Defendant | )<br>) |

PARTIES JOINT MOTION TO CONTINUE STATUS CONFERENCE

    Now come the remaining parties to the above-captioned matter and respectfully move this court to continue the status conference presently scheduled for September 11, 2006 until on or after January 18, 2007. As grounds therefor and in support thereof the parties state that they have a mediation scheduled for January 18, 2007 and we believe mediation will resolve the matter above without further court intervention.

    WHEREFORE, the parties respectfully request that the status conference presently scheduled for September 11, 2006 be continued until on or after January 18, 2007 so as to allow the parties to continue their efforts to resolve this matter.

459514

|  |  |
|---|---|
|  | Respectfully submitted |
| THIRD PARTY DEFENDANT<br>CARDINAL FREIGHT CARRIERS, INC., | THE PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM THOMAS WEEKS |
| By  */s/ Robert Curley, Jr.,Esq.*<br>Robert Curley, Jr., Esq.<br>Curley & Curley P.C.<br>27 School Street<br>Boston, MA 02108.<br>Phone (617) 523-2990  Fax (617)523-7602<br>BBO No: 109180 | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street,Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.:  544402 |

DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM/ THIRD PARTY PLAINTIFF
MAXNER JEAN BAPTISTE

By     */s/ G. William Rendle, Esq.*
G. William Rendle, Esq.
Rendle & Rauhala
370 Main Street
West Townsend, MA 01474
Phone (978) 597-5272 Fax (978)-597-2373
BBO No: 416660

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2006.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

459514