UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191 NG

| | |
|---|---|
| THOMAS WEEKS,<br> Plaintiff/Defendant-in-Counterclaim | )<br>)<br>) |
| vs. | )<br>) |
| COVENANT TRANSPORT, INC. and<br> Defendant | )<br>)<br>) |
| and | )<br>) |
| MAXNER JEAN BAPTISTE,<br> Defendant/Plaintiff-in-Counterclaim/<br> Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CARDINAL FREIGHT CARRIERS, INC.,<br> Third Party Defendant | )<br>) |

## JOINT STATUS REPORT

NOW COME the remaining parties to the above-captioned matter and respectfully advise the court that all claims have been settled by and amongst the parties. However, because a portion of the case involves workers compensation, the settlement must be approved pursuant to M.G.L. c.152 s.15. As such, the parties respectfully request a sixty day order during which time they hope to have the petition approved at the Industrial Accident Board in the Commonwealth of Massachusetts.

468915

Respectfully submitted,

| THIRD PARTY DEFENDANT CARDINAL FREIGHT CARRIERS, INC., | THE PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM THOMAS WEEKS |
|---|---|
| By_____*/s/ Robert Curley, Jr., Esq.*_____ | By_____*/s/ Nancy Frankel Pelletier*_____ |
| Robert Curley, Jr., Esq., of | Nancy Frankel Pelletier, Esq., of |
| Curley & Curley P.C. | Robinson Donovan, P.C. |
| 27 School Street | 1500 Main Street, Suite 1600 |
| Boston, Massachusetts 02108 | Springfield, Massachusetts 01115 |
| Phone (617) 523-2990  Fax (617)523-7602 | Phone (413) 732-2301  Fax (413) 785-4658 |
| BBO No:109180 | BBO No.:  544402 |

DEFENDANT/
PLAINTIFF-IN-COUNTERCLAIM/
THIRD PARTY PLAINTIFF
MAXNER JEAN BAPTISTE


By_____*/s/ Gene A. Rauhala, Esq.*_____
Gene A. Rauhala, Esq., of
Rendle & Rauhala
370 Main Street
West Townsend, Massachusetts 01474
Phone (978) 597-5272  Fax (978)-597-2373
BBO No:

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2007.

_____*/s/ Nancy Frankel Pelletier*_____
Nancy Frankel Pelletier, Esq.

468915