UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191 NG

| | |
|---|---|
| THOMAS WEEKS,<br>     Plaintiff/Defendant-in-Counterclaim | )<br>)<br>) |
| vs. | )<br>) |
| COVENANT TRANSPORT, INC. and<br>     Defendant | )<br>)<br>) |
| and | )<br>) |
| MAXNER JEAN BAPTISTE,<br>     Defendant/Plaintiff-in-Counterclaim/<br>     Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CARDINAL FREIGHT CARRIERS, INC.,<br>     Third Party Defendant | )<br>) |

## MOTION FOR APPROVAL OF SETTLEMENT

NOW COME the defendant/plaintiff-in-counterclaim/third party plaintiff, Maxner Jean Baptiste, and the third party defendant, Cardinal Freight Carriers, Inc., and respectfully move this Court to approve the settlement of the above-captioned matter by and between the third party plaintiff, Maxner Jean Baptiste, against the third party defendant, Cardinal Freight Carriers, Inc. As grounds therefor and in support thereof, the parties state that a claim was originally brought which was the subject of M.G.L. c. 152 which, in general, requires approval of settlements of third party actions. The parties do not believe that approval is absolutely

473423

required in this case as the worker's compensation insurer waived its third party claims. To be abundantly cautious, however, the parties submit herewith the Affidavit of Maxner Jean Baptiste in support of the Motion for Approval of Settlement and Request for Waiver of Appearance together with the Agreement for Redeeming Liability by Lump Sum under M.G.L. c. 152.

WHEREFORE, based upon the foregoing, the parties respectfully request that the Court approve the settlement of the above-captioned matter in accordance with the Affidavit appended hereto.

THE THIRD PARTY DEFENDANT
CARDINAL FREIGHT CARRIERS, INC.


By _____ */s/ Nancy Frankel Pelletier, Esq.* _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

DEFENDANT/
PLAINTIFF-IN-COUNTERCLAIM/
THIRD PARTY PLAINTIFF
MAXNER JEAN BAPTISTE


By _____ */s/ G. William Rendle, Esq.* _____
G. William Rendle, Esq., of
Rendle & Rauhala
370 Main Street
West Townsend, Massachusetts 01474
Phone (978) 597-5272  Fax (978)-597-2373
BBO No:

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of April, 2007.

_____ */s/ Nancy Frankel Pelletier* _____
Nancy Frankel Pelletier, Esq.

473423