UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 04-12191 NG

Thomas Weeks, Individually and as Parent and Next Friend of Patrick Weeks and Marie Weeks, Minor
Plaintiff/Defendants in Counterclaim

v.

Covenant Transport, Inc., Maxner Jean Baptiste and Thomas Bobinksi,
Defendants

and

Maxner Jean Baptiste, Defendant/ Plaintiff in Counterclaim/Third-Party Plaintiff

v.

Cardinal Freight Carriers, Inc.,
Third-Party Defendant

AFFIDAVIT OF MAXNER JEAN BAPTISTE IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT AND REQUEST FOR WAIVER OF APPEARANCE

I, Maxner Jean Baptiste, hereby depose and state, under oath, as follows:

1. My name is Maxner Jean Baptiste and my residential address is, and all times relevant hereto, has been 1030 Clover Crest Road, Orlando, Florida.

2. On May 10, 2004, the date of the accident that is the subject matter of this litigation, I was employed by Covenant Transport, Inc. as a truck driver in training.

3. On May 10, 2004, I was in training driving tractor-trailer trucks owned by my employer, Covenant Transport, Inc. I pulled

off to the side of the Massachusetts Turnpike in Sturbridge, Massachusetts. My vehicle was then struck by a tractor-trailer owned by Cardinal Freight Carriers, Inc. causing me serious personal injuries.

4. I hired the law firm of Ellis & Associates of 8 Norwich St., Worcester, MA to represent me with regard to any worker's compensation claim, or related claim, that I may have had as a result of said accident. As a result of the Ellis & Associates representation, I was referred to the law firm of Rendle & Rauhala, 370 Main Street, W. Townsend, MA for purposes of pursuing a so-called third-party action against the driver of the tractor trailer that struck my vehicle and Cardinal Freight Carriers, Inc. I entered into a Contingent Fee Agreement with Ellis & Associates and a Referral Agreement to Rendle & Rauhala for the purposes aforementioned.

5. As a result of the Ellis & Associates litigation of my worker's compensation claim, I entered into a Lump-Sum Agreement with the employer and its insurer, Fidelity & Guaranty Insurance Company, which I understand redeemed all my rights to further indemnity payments. In said Lump-Sum Agreement, the employer and the insurer waived any right they may have had to a portion of any settlement or verdict in the so-called third-party action against Cardinal Freight Carriers, Inc. A copy of the Lump-Sum Agreement that was approved by an Administrative Judge of the Department of Industrial Accidents is appended hereto as Exhibit A.

6. As a result of my Counsel, Rendle & Rauhala, pursuing the third-party claim on my behalf, Cardinal Freight Carriers, Inc. has offered to settle my claim for the sum of $30,000.00.

7. I have reviewed and discussed the settlement offer of $30,000.00 with Counsels, Rendle & Rauhala and Ellis & Associates, and do hereby assent to the settlement of my claim for said amount as evidenced by a copy of the Settlement Statement appended hereto as Exhibit B. I knowingly, voluntarily and unequivocally believe the settlement to be in my best interests and I am satisfied with the representation of Counsels in this matter. I understand that no further claims can be made against Cardinal Freight Carriers, Inc. relative to the accident of May 10, 2004.

8. Because I presently reside in Orlando, Florida, I further state that it would create a substantial hardship for me to appear in the Commonwealth of Massachusetts and I hereby request waiver of my appearance with respect to settlement of this

action.

Signed and sealed under the pains and penalties of perjury this 15th day of March, 2007.

Maxner Jean Baptiste
Maxner Jean Baptiste

STATE OF FLORIDA

County of Orange

On this the 15th day of March, 2007, personally appeared the above-named Maxner Jean Baptiste and acknowledged the foregoing statements by him to be true and accurate to the best of his knowledge and belief and that he executed same for the purpose expressed therein.

Notary Public
My Commission expires: 11/07/2008

(SEAL)

NOTARY PUBLIC STATE OF FLORIDA
Edwige Romulus
Commission # DD356309
Expires: NOV. 07, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

EXHIBIT A

FORM 117



The Commonwealth of Massachusetts
Department of Industrial Accidents – Department 117
600 Washington Street – 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. – 617-727-4900 ext. 470
http://www.state.ma.us/dia

DIA Board # (If Known): 21083-04

# AGREEMENT FOR REDEEMING LIABILITY BY LUMP SUM UNDER G.L. CH. 152 FOR INJURIES OCCURRING ON OR AFTER NOV. 1, 1986

Page 1 of 2
*Please Print or Type*

EMPLOYEE Maxner Jean-Baptiste — LUMP SUM AMOUNT $ 20,000.00

EMPLOYER Covenant Transport, Inc. — TOTAL DEDUCTIONS $ 2,294.50

INSURER Fidelity & Guaranty Insurance Co. — NET TO CLAIMANT $ 17,705.50

BOARD NUMBER 21083-04 — TOTAL PAYMENTS $ 29,483.04 (Weekly benefits plus lump sum)

DATE OF INJURY May 10, 2004

CHECK WHERE APPLICABLE

( ) Liability has been established by acceptance or by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall not redeem liability for the payment of medical benefits and vocational rehabilitation with respect to such injury.

(X) Liability has **NOT** been established by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall redeem liability for the payment of medical benefits and vocational rehabilitation benefits with respect to such injury.

(X) In addition to the lump-sum, the insurer agrees to pay all outstanding reasonable and related medical bills incurred as of this date.

( ) The employee is currently receiving a cost-of-living adjustment.

DEPARTMENT OF INDUSTRIAL ACCIDENTS
DIVISION OF DISPUTE RESOLUTION
APPROVED
SEP - 7 2006
By [signature]
Administrative Judge
In Accordance with Mass. G.L.c. 152

DEDUCTIONS: From the lump-sum amount as stated above, the amount(s) listed below will be deducted and paid directly to the following parties:

| | $ | NAME | ADDRESS |
|---|---|---|---|
| 1. | $ 2,000.00 Attorney's Fee | Ellis & Associates | 8 Norwich St, Worcester MA 01608 |
| 2. | $ 294.50 Attorney's Expenses | Ellis & Associates (Please attach documentation) | 8 Norwich St., Worcester MA 01608 |
| 3. | $ | Please attach discharges) | |
| 4. | $ | (Please specify release) | |
| 5. | $ | | |

(OVER)

Form 117 – Revised 8/2001 – Reproduce as needed.
PSC (800) 51-TURBO

AGREEMENT FOR REDEEMING LIABILITY BY LUMP SUM SETTLEMENT *(Page 2 of 2)*

EMPLOYEE MEDICAL INFORMATION:

Age 36 No. of Dependents 0 Average Weekly Wage $300.00 Compensation Rate $30.00/Ptl.

Social Security No.*: 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 Occupation Trainee/Driver Educational Background High school

On Social Security: YES( ) NO( X )

On Public Employee Disability Retirement: YES( ) NO( X )

DIAGNOSIS lumbar & cervical sprain/strain; headaches PRESENT MEDICAL CONDITION restricted

Present Work Capacity: Light duty Third Party Action Yes

*PLEASE GIVE A BRIEF HISTORY OF THE CASE AND INDICATE WHY THE SETTLEMENT IS IN THE EMPLOYEE'S BEST INTEREST (Specify all allocations):*

This 36-year-old former truck driver was employed for Covenant Transport Inc. when he was involved in a motor vehicle accident on May 10, 2004 while driving on the Mass Pike in Sturbridge, Massachusetts. The employee was taken by ambulance to Harrington Memorial Hospital in Southbridge with complaints of pain in his head, neck, back, and hip. Cervical and lumbar x-rays were essentially negative and the employee was released with a cervical collar. The employee was out of work for approximately one week and then returned to work light duty for two weeks. The employee felt that he could not return to work full duty, and he returned to Florida and began chiropractic treatment for continued neck and back pain. The Insurer denied liability and disability, as well as raised jurisdictional issues.

The Employee filed a claim for benefits and at Conference the insurer was ordered to pay the employee a closed period of Section 34 benefits at the rate of $180.00 per week, and ongoing partial disability benefits at the rate of $30.00 per week, from 11/3/2004 to date and continuing. The employee appealed the Conference Order and an impartial examination was scheduled but cancelled due to the insurer's significant delay in approving the employee to have an MRI in Orlando Florida. In addition, the employee filed a Complaint for Enforcement Under c. 152 Sec. 12(1) in Worcester Superior Court alleging that the insurer had not paid the outstanding medical bills, as ordered pursuant to the Conference Order. After much discussion prior to the upcoming Hearing, the parties reached the proposed settlement.

The employee has treated conservatively for a cervical and lumbar strain and is not a candidate for surgery. The Insurer has agreed to waive any rights it may have had to any third party recovery of the employee due to this accident. The proposed settlement fairly compensates the employee for any additional compensation he may have been entitled to as a result of this accident, and as such, appears to be in his best interest and should be approved.

(Please attach a separate sheet if necessary.)

Received of FIDELITY & GUARANTY INSURANCE COMPANY the Lump Sum of TWENTY THOUSAND dollars and 00/100 ($ 20,000.00 )

This payment is received in redemption of the liability of all weekly payments now or in the future due me under the Workers' Compensation Act, for injuries received by me MAXNER JEAN-BAPTISTE on or about MAY 10, 2004 while in the employ of COVENANT TRANSPORT INC. **. I fully understand that after all of the deductions herein I will receive a net of $17,705.50. I am fully satisfied with and request approval of this settlement. This agreement has been translated for me into my native language of** ENGLISH.

| | SIGNATURE | ADDRESS | ZIP CODE |
|---|---|---|---|
| CLAIMANT: | Maxner Jean-Baptiste | 1850 Clover Road, Orlando, FL | 32811 |
| CLAIMANT'S COUNSEL: | James Ellis, Esq | 8 Norwich Street, Worcester, MA | 01608 |
| INSURER'S COUNSEL: | John C. White, Esq. | by Morrison Mahoney, LLP; 250 Summer Street, Boston, MA | 02210 |

DEPARTMENT OF INDUSTRIAL ACCIDENTS DIVISION OF DISPUTE RESOLUTION APPROVED SEP - 7 2006 Administrative Judge In Accordance with M.G.L. c. 152

Signed this Twenty-First day of August, 2006

*Disclosure of Social Security Number is Voluntary. It will aid in the processing of this document.

EXHIBIT B

SETTLEMENT STATEMENT

Re: Motor Vehicle Accident of May 10, 2004
Maxner Jean Baptiste

| | | |
|---|---|---|
| Amount recovered from Cardinal Freight Carriers, Inc. | | $ 30,000.00 |
| Disbursements: | | |
| Legal Fee - Rendle & Rauhala | | 4,500.00 |
| Legal Fee - Ellis & Associates (referral) | | 1,500.00 |
| Legal Expenses | | |
| Filing Fee Federal Court | $ 250.00 | |
| Mediation Fee | 675.00 | |
| Paul Blatchford, Expert | 700.00 | |
| Lexis Legal Research | 119.75 | |
| Total Expenses | | 1,744.75 |
| Maxner Jean Baptiste | | 22,255.25 |
| Total Disbursed | | $ 30,000.00 |

Agreed and accepted:

Maxner Jean Baptiste
Maxner Jean Baptiste

Dated: March 15th 2007