UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12191 NG

| | |
|---|---|
| THOMAS WEEKS, <br>     Plaintiff/Defendant-in-Counterclaim <br> <br> vs. <br> <br> COVENANT TRANSPORT, INC. and <br>     Defendant <br> <br> and <br> <br> MAXNER JEAN BAPTISTE, <br>     Defendant/Plaintiff-in-Counterclaim/ <br>     Third Party Plaintiff <br> vs. <br> <br> CARDINAL FREIGHT CARRIERS, INC., <br>     Third Party Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), hereby stipulate that the action be dismissed, with prejudice, as to any and all claims.

| | |
|---|---|
| THE THIRD PARTY DEFENDANT <br> CARDINAL FREIGHT CARRIERS, INC. | DEFENDANT/ <br> PLAINTIFF-IN-COUNTERCLAIM/ <br> THIRD PARTY PLAINTIFF <br> MAXNER JEAN BAPTISTE |
| By    /s/ Nancy Frankel Pelletier, Esq. <br> Nancy Frankel Pelletier, Esq., of <br> Robinson Donovan, P.C. <br> 1500 Main Street, Suite 1600 <br> Springfield, Massachusetts 01115 <br> Phone (413) 732-2301  Fax (413) 785-4658 <br> BBO No.:  544402 | By    /s/ G. William Rendle, Esq. <br> G. William Rendle, Esq., of <br> Rendle & Rauhala <br> 370 Main Street <br> West Townsend, Massachusetts 01474 <br> Phone (978) 597-5272  Fax (978)-597-2373 <br> BBO No: |

474900

DEFENDANT
COVENANT TRANSPORT, INC.

By      */s/ Robert A. Curley, Jr., Esq.*
Robert A. Curley, Jr., Esq.
Curley & Curley, P.C.
27 School Street
Boston, MA 02108


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of May, 2007.

                                              */s/ Nancy Frankel Pelletier*
                                         Nancy Frankel Pelletier, Esq.

474900